Central Republic Bank and Trust Company, appellee, v. Argyle-Kenmore Building, defendant, on appeal of Oliver J. Salinger, appellant. Gen. No. 36,890.

Heard in the third division

of this court for the first district at the June term, 1933. ▮▮▮▮▮
Opinion filed March 14, 1934.

Shulman, Shulman & Abrams, for appellant; Meyer Abrams, of counsel. Pam & Hurd and Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellee; Andrew J. Dallstream, I. E. Ferguson and Henry L. Kohn, of counsel.

Mr. Justice Wilson delivered the opinion of the court.